| 09/13/2024 | 148 | NOTICE OF APPEAL as to 111 Order on Motion in Limine, 90 Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion for Order,,,,,,,,,, Order on Motion for Leave to File Matters Under Seal,,,,,,,,,, Order on Motion for Oral Argument,,,, 137 Jury Verdict, 138 Jury Verdict, 140 Clerk's Judgment by L. Lin Wood. Case Appealed to USCA - 11th Circuit. Filing fee $ 605, receipt number AGANDC-13720326. Transcript Order Form due on 9/27/2024 (Griner, Jackson) (Entered: 09/13/2024) |